# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## JOINT STIPULATION OF VOLUNTARY DISMISSAL

**Case Number** 2026-1459

**Short Case Caption** Mosaic Company v. United States

**Instructions.** Use this form only to file a joint stipulation of voluntary dismissal pursuant to Fed. R. App. P. 42(b)(1). This form may not be used if a motion is required pursuant to Fed. R. App. P. 42(b)(2)-(3). Below, please identify each case number to be dismissed separately, including any consolidated case numbers.

Pursuant to Federal Rule of Appellate Procedure 42(b)(1), all parties hereby stipulate to the voluntary dismissal of the below-noted case number(s):

2026-1459

Costs are to be assigned as follows:

- [x] Each side shall bear their own costs.
- [ ] Other:

Date: 03/02/2026

Signature: /s/Sosun Bae
Name: Sosun Bae
Party Name: United States

Date: 03/02/2026

Signature: /s/Stephanie Hartmann
Name: Stephanie Hartmann
Party Name: The Mosaic Company

- [x] Additional pages attached

[signatures continued]

| Date: 03/02/2026 | Signature: | /s/William Isasi |
| --- | --- | --- |
| | Name: | William Isasi |
| | Party: | OCP S.A. |

| Date: 03/02/2026 | Signature: | /s/Jonathan M. Zielinski |
| --- | --- | --- |
| | Name: | Jonathan M. Zielinski |
| | Party: | The Government of the Kingdom of Morocco |