NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**THE MOSAIC COMPANY,**

*Plaintiff-Appellee*

**v.**

**UNITED STATES,**

*Defendant-Appellant*

**OCP S.A., THE GOVERNMENT OF THE KINGDOM OF MOROCCO,**

*Defendants*

---

2026-1459

---

Appeal from the United States Court of International Trade in No. 1:23-cv-00246-TCS, Senior Judge Timothy C. Stanceu.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

(2)   Each side shall bear their own costs.

FOR THE COURT

March 4, 2026
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** March 4, 2026